# United States District Court for the District of Columbia

| | |
|---|---|
| Memphis Plywood Corporation<br><br>　　　　Plaintiff<br>v.<br><br>Wellingford Systems, Inc., *et al*.<br><br>　　　　Defendants | Civil Action No. 1:13-cv-01569 (ABJ) |

## Notice of Dismissal without Prejudice

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Memphis Plywood Corporation hereby dismisses this action without prejudice, with each party to bear its own costs. None of the defendants have filed an answer or motion for summary judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**Memphis Plywood Corporation**
　　　　　　　　　　　　　　　　　　By Counsel


　　　　　　　　　　　　　　　　　　 /s/Daniel K. Felsen
　　　　　　　　　　　　　　　　　　Joseph A. McManus, Jr. (DC Bar No. 345462)
　　　　　　　　　　　　　　　　　　Daniel K. Felsen (DC Bar No. 438553)
　　　　　　　　　　　　　　　　　　David J. Butzer (DC Bar No. 477813)
　　　　　　　　　　　　　　　　　　McManus Darden & Felsen LLP
　　　　　　　　　　　　　　　　　　1155 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　Suite 810
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　202-296-9260
　　　　　　　　　　　　　　　　　　202-659-3732 (fax)
　　　　　　　　　　　　　　　　　　jmcmanus@mcmanus-darden.com
　　　　　　　　　　　　　　　　　　dfelsen@mcmanus-darden.com
　　　　　　　　　　　　　　　　　　dbutzer@mcmanus-darden.com